CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JUL 25 2024

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

TO COMPLY.
W/ All UNDERLINE BLANKS.

**URBANSKI**
District Judge
(Assigned by Clerk's Office)

**Memmer**
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. __7:24-cv-00480__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

__MISTER BONSHEA O. DEANS SR.__           __1852844__
Plaintiff Name                                              Inmate No.

V.

__STATED IN COMPLAINT Z-6 Z-6K & J-E-W #42c__
Defendant Name & Address

__STATED IN Z-6 Z-6K & J-E-W #42c__
Defendant Name & Address

__STATED IN Z-6 Z-6K & J-E-W #42c__
Defendant Name & Address

__STATED IN Z-6 Z-6K & J-E-W #42c__
Defendant Name & Address

__STATED IN Z-6 Z-6K & J-E-W #42c__
Defendant Name & Address

__STATE IN Z-6 Z-6K — J-E-W #42c__
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

*********************************************************************************

A. **Where are you now?** Name _and_ Address of Facility:

__WALLENS RIDGE STATE PRISON__
__272 DOGWOOD DRIVE BIG STONE GAP, VA 24219-3825.__

B. Where did this action take place?

   Z-6  Z-6K SECTION

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?  J-E-W #42c SECTION

   ____ Yes         ____ No

   If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   ____ Yes         ____ No

   1. If your answer is Yes, indicate the result:

      C-HEAIHH #202K SECTION

   2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

   C-O-D #21K

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

   N-E-E-D #93K

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

J-E-W #42C    SECTION

G. If this case goes to trial, do you request a trial by jury?  Yes  O    No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

# 185284

DATED: July 19th 2024    SIGNATURE: MISTER DONSHEA O. DEANS

D.O.D

VERIFICATION:
I, MR. DONSHEA O. DEANS, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: July 19th 2024    SIGNATURE: MISTER DONSHEA O. DEANS

Updated 9/9/22

MiSTER
DONSHEA O'NjESS DEANS
ID # 1852844  D-221-B
C.M.D.C.  VDOC
3521 WOODS WAY
STATE FARM, VA 23160-000421



PRIORITY MAIL
US POSTAGE PITNEY BOWES
ZIP 24219  $020.50
02  7W
0008027035  JUL 23 2024

Received
Mailroom
JUL 23 2024
Wallens Ridge
State Prison



PRIORITY MAIL — TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R, May 2014

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

MRS. LAURA A. AUSTiN
HEAD CLERK
UNITED STATES DiSTRiCT COURT
# 210 FRANKLiN ROAD, SOUTHWEST,
SUITE # 540
ROANOKE, VIRGINiA 24011

7-19th-2024



CERTIFIED MAIL
9589 0710 5270 0719 9071 09

RECEIVED
JUL 25 2024
USDC Clerk's Office
Mail Room